**GENERAL MOTORS LLC,**
**Plaintiff–Appellee,**

v.

**BILL KELLEY, INC., d/b/a Kelley**
**Motors, Inc., Defendant–**
**Appellant.**

No. 12–2390.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 30, 2013.

Decided: June 13, 2013.

Johnnie Edward Brown, Steven Andrew Stonestreet, Pullin, Fowler, Flanagan, Brown & Poe, PLLC, Charleston, West Virginia, for Appellant. Jeffrey J. Jones, Jones Day, Columbus, Ohio; Peter G. Zurbuch, Busch, Zurbuch & Thompson, PLLC, Elkins, West Virginia, for Appellee.

Before TRAXLER, Chief Judge, and DUNCAN and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bill Kelley, Inc. ("Kelley") appeals the district court's order granting summary judgment in favor of General Motors LLC ("GM"), in GM's suit seeking to enforce its settlement agreement between the parties. On appeal, Kelley alleges that the settlement was in violation of West Virginia statutory law. *See* West Virginia Code Ann. § 17A–6A–1 *et seq.* (LexisNexis 2009). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *General Motors LLC v. Bill Kelley, Inc.,* No. 2:12–cv–00051–JPB (N.D.W.Va. Oct. 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*